**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MOTION TO COMPEL RYAN REAGAN STOGNER TO COMPLY WITH RULE 45 SUBPOENA | Case No. 2:25-mc-00101-SPG-MAR<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DISMISSING** this action.

Dated: November 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE