JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MOTION TO COMPEL RYAN REAGAN STOGNER TO COMPLY WITH RULE 45 SUBPOENA | Case No. 2:25-mc-00101-SPG-MAR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED.**

Dated: November 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE